IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-02796-LTB

THOMAS GRAHAM,

    Plaintiff,

v.

TELLER COUNTY, COLORADO,
THE CITY OF CRIPPLE CREEK, COLORADO,
MIKE ENSMINGER, Teller County Sheriff, in his official and individual capacity,
STAN BISHOP, Teller County Undersheriff, in his individual capacity,
DETECTIVE ROMERO, Teller County Sheriff's Office Deputy, in his official and
    individual capacity,
"JOHN DOE #1," Teller County Sheriff's Office Deputy, in his official and individual
    capacity,
JOSH WEATHERILL, Teller County Sheriff's Office Deputy and Member of Teller
    County Emergency Response, in his individual capacity,
NICK HARTBAUER, Teller County Sheriff's Office Deputy and Member of Teller
    County Emergency Response, in his individual capacity,
JESSE BAKER, Tactical Medic of the Teller County Emergency Response, in his
    individual capacity, and
APRIL PETERSON, Cripple Creek Chief of Police, in her individual capacity,

    Defendants.

## JUDGMENT

Pursuant to and in accordance with the Order of Dismissal entered by Lewis T. Babcock, Senior District Judge, on December 13, 2012, it is hereby

ORDERED that Judgment is entered in favor of Defendants and against Plaintiff.

DATED at Denver, Colorado, this 13 day of December, 2012.

                FOR THE COURT,

                JEFFREY P. COLWELL, Clerk

By: s/ M.J. Garcia
Deputy Clerk